**No. 10-9365. Debbie Page, Petitioner v. Florida.**

564 U.S. 1055, 132 S. Ct. 49, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5076.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3736.

**No. 10-9373. Kimberly Martin, Petitioner v. Volunteer Automotive.**

564 U.S. 1055, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5028.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3799.

**No. 10-9378. Helen K. Tidwell, Petitioner v. Florida.**

564 U.S. 1055, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5066.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 979, 131 S. Ct. 2883, 179 L. Ed. 2d 1196, 2011 U.S. LEXIS 3400.

**No. 10-9430. Teresa Ward Cooper, Petitioner v. City of Dallas, Texas.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5049.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 949, 131 S. Ct. 2122, 179 L. Ed. 2d 914, 2011 U.S. LEXIS 2906.

**No. 10-9439. Joe Teague, Petitioner v. North Carolina Department of Transportation.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5065.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1002, 131 S. Ct. 2454, 179 L. Ed. 2d 1236, 2011 U.S. LEXIS 3577.

**No. 10-9444. Craig Alan Pfeiferling, Petitioner v. United States.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5067.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2974.

**No. 10-9462. Frederick Lee Jackson, Petitioner v. Debra Herndon, Warden.**

564 U.S. 1056, 132 S. Ct. 50, 180 L. Ed. 2d 918, 2011 U.S. LEXIS 5036.

July 25, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 994, 131 S. Ct. 2455, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3648.